UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALLAN JACOB and SANDRA JACOB,**

    **Plaintiffs,**

v.                                           Case No.: 8:23-cv-2703-KKM-AAS

**BAIS YISROEL COMMUNITY CENTER OF TAMPA BAY, LLC, et al.,**

    **Defendants.**
_____/

## ORDER

Plaintiffs Allan Jacob and Sandra Jacob (collectively, the plaintiffs) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue writs of garnishment against JPMorgan Chase Bank, N.A., Suncoast Credit Union, and Citibank N.A. for a judgment owed by Defendants Yisrael Taussig and Malka Singer Taussig (collectively, the defendants). (Doc. 40).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

1

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On April 29, 2014, default judgment was entered judgment against the defendants in the amount of $250,000.00. (Doc. 35). According to the plaintiffs' motion, this amount remains unpaid. (Doc. 40, p. 1).

Accordingly, the plaintiffs' motion for writs of garnishment is (Doc. 40) is **GRANTED**. The Clerk of Court is **DIRECTED** to issue the writ of garnishment to the named garnishee using the forms attached to the plaintiffs' motion. (Docs. 40-1, 40-2, 40-3). The plaintiffs must include with the writ copies of:

    a.    The Motion for Writ of Garnishment (Doc. 40),
    b.    This Order, and
    c.    The Default Judgment (Doc. 35).

**ORDERED** in Tampa, Florida on August 23, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge