UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLAN JACOB
and SANDRA JACOB,

    Plaintiffs,

v.                                                                    Case No. 8:23-cv-02703-KKM-AAS

BAIS YISROEL COMMUNITY
CENTER OF TAMPA BAY, LLC, et al,

    Defendants.
_____

## ORDER

The United States Magistrate Judge recommends granting the plaintiffs' motion for final judgment in garnishment. (Doc. 59). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal

conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994) (per curiam); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 59) is **ADOPTED** and made a part of this Order for all purposes.

2.  The Plaintiffs' Motion for Entry of Final Judgment in Garnishment (Doc. 55) is **GRANTED**. The Garnishee (Suncoast Credit Union) is ordered to pay to the plaintiffs all sums withheld up to the amount of $250,000 as specified in the Writ, (Doc. 44), including accrued interest and costs.

**ORDERED** in Tampa, Florida, on March 17, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge