**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALLAN JACOB
and SANDRA JACOB,

Plaintiffs,

v. Case No. 8:23-cv-2703-KKM-AAS

BAIS YISROEL COMMUNITY
CENTER OF TAMPA BAY, LLC, et al.,

Defendants.

---

# ORDER

The United States Magistrate Judge recommends that I deny the plaintiffs' motion for a writ of execution, *see* Mot. (Docs. 81 and 83), against the defendants, *see* R. & R. (Doc. 87). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. After considering the record, I adopt the Report and Recommendation for the reasons stated therein and deny the plaintiffs' motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and deny the plaintiffs' motion.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 87) is **ADOPTED** and made a part of this Order for all purposes.

2. The plaintiffs' Motion for a Writ of Execution (Docs. 81 and 83) is **DENIED**.

**ORDERED** in Tampa, Florida, on November 17, 2026.

Kathryn Kimball Mizelle
Kathryn Kimball Mizelle
United States District Judge